# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

| | |
|---|---|
| **TIFFANY DAVIS** | **PLAINTIFF** |
| **VERSUS** | **CIVIL ACTION NO. 5:08cv202 KS-MTP** |
| **DIAMOND STATE INSURANCE CO.** | **DEFENDANT** |

## JUDGMENT OF DISMISSAL

This cause comes before the Court *sua sponte*, the parties having filed a Stipulation of Dismissal With Prejudice. Accordingly, the Court being desirous of removing this matter from its docket;

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is hereby dismissed with prejudice as to all parties. The Court hereby retains jurisdiction to enforce the settlement agreement, and if any party fails to consummate this settlement within 21 days, any aggrieved party may reopen the case for enforcement of the settlement agreement within ninety (90) days thereafter; and if successful, all additional attorneys' fees and costs from this date shall be awarded such aggrieved party or parties against the party failing to consummate the agreement.

IT IS FURTHER ORDERED AND ADJUDGED that this matter having been concluded, all motions pending in this matter, if any, are hereby moot and accordingly dismissed.

SO ORDERED AND ADJUDGED this 13th day of January, 2009.

*s/ Keith Starrett*
UNITED STATES DISTRICT JUDGE